## BUTLER and Others *v.* MERCER.

APPEAL from the *Elkhart* Court of Common Pleas.

*Per Curiam.*—Suit for disturbance of the occupancy and possession of a dwelling house, and injury to the same, by breaking the windows, &c. Recovery by the plaintiff.

The Court instructed the jury that if the injury to the house was malicious, they might give vindictive damages. As a malicious trespass is punishable criminally, it is not punishable civilly. *Tabor* v. *Hutson*, 5 Ind. R. 322.

The judgment is reversed with costs. Cause remanded, &c.

*E. M. Chamberlain*, *T. G. Harris*, and *J. H. Baker*, for the appellants.